# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELDRED NICHOLSON,<br><br>           Plaintiff,<br><br>    v.<br><br>P. FINANDER, et al.,<br><br>           Defendants. | Case No. CV 12-9993-FMO (JEM)<br><br>**J U D G M E N T** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that this action is dismissed, with prejudice as to Plaintiff's federal constitutional claims and without prejudice as to any claims under state law.

DATED: June 26, 2015

                                                      /s/
                                      FERNANDO M. OLGUIN
                              UNITED STATES DISTRICT JUDGE